IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERTHA RENEE SCHMITZ,<br><br>　　　　Plaintiff,<br>　v.<br>SANOFI S.A., et al.,<br><br>　　　　Defendants.<br>_____/ | No. C-16-4619 MMC<br><br>**ORDER RE: CHAMBERS COPIES** |

　　　　On August 17, 2016, the above-titled action was reassigned to the undersigned.

　　　　Chambers Copies of all documents filed in the instant case are to be submitted in single-sided format. <u>See</u> Standing Orders for Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2; Civil L.R. 3-4 (setting forth requirements for "papers presented for filing"); Civil L.R. 3-4(c)(2) (providing "text must appear on one side only").  Accordingly, plaintiff is hereby DIRECTED to submit to the Court a chambers copy of her complaint in accordance with the Court's Standing Orders and the Civil Local Rules of this District.

　　　　**IT IS SO ORDERED.**

Dated: August 19, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge